PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Matthew Rublowitz                                                Cr.: 14-00334-003
                                                                                   PACTS #: 64722

Name of Sentencing Judicial Officer:   THE HONORABLE FREDA L. WOLFSON
                                       CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/27/2015

Original Offense:   Count 1: Conspiracy To Distribute Narcotics
                    Count 2: Fraud And False Statements

Original Sentence: 80 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Financial Disclosure, Life Skills Counseling, Cooperate with IRS, Mental Health Treatment, No New Debt/Credit

Type of Supervision: Supervised Release                     Date Supervision Commenced: March 9, 2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Rublowitz released from custody on March 9, 2021. At the time of his meeting with the probation office, it was discovered that he opened five new lines of credit. The lines of credit included Ashley Home Furniture, in the amount of $979.56; Best Buy, in the amount of $972.06; Big Lots, in the amount of $1,249.57; Credit One, in the amount of $360.53; and Capital One, in the amount of $95.60. The total of all new opened lines of credit is $3,657.32. This occurred while the individual was still under the jurisdiction of the Bureau of Prisons, via the halfway house. |

U.S. Probation Officer Action:

The probation officer instructed Rublowitz to immediately discontinue the use of the new lines of credit. Due to the conduct occurring prior to release from the Bureau of Prisons, the U.S. Probation Office sees no accountable violation. Mr. Rublowitz has been warned that similar conduct will be considered a violation of his supervised release. At this time, we will continue to monitor the individual and we are not requesting Court intervention. Respectfully, we offer submission of this *Report on Offender Under Supervision* for informational purposes.

Prob 12A – page 2
Matthew Rublowitz

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Sharon O'Brien*

By:  SHARON O'BRIEN
Supervising U.S. Probation Officer

/ so

APPROVED:

*Sharon O'Brien      04/06/21*
SHARON O'BRIEN              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Signature of Judicial Officer

April 6, 2021
Date