PROB 12B
(6/21)

# United States District Court
for
### District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Individual Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
JAN 25 2023
AT 8:30............M
WILLIAM T. WALSH
CLERK

Name of Individual Under Supervision: Matthew Rublowitz          Cr.: 14-00334-003
                                                                  PACTS #: 64722

Name of Sentencing Judicial Officer:   THE HONORABLE FREDA L. WOLFSON
                                       CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/27/2015

Original Offense:   Count One: Conspiracy To Distribute Narcotics, 21:846
                    Count Two: Fraud And False Statements, 26:7206

Original Sentence: 80 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Financial Disclosure, Life Skills Counseling, Cooperate with IRS, Mental Health Treatment, No New Debt/Credit

Type of Supervision: Term of Supervised Release         Date Supervision Commenced: March 9, 2021

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**COMMUNITY SERVICE (40 hours as directed by the U.S. Probation Office)**

You must contribute 40 hours of community service work at the direction of the U.S. Probation Office. Such service will be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

### CAUSE

**Violation of Supervised Release**: On September 27, 2022, it was discovered Mr. Rublowitz opened five new lines of credit with the following companies: 1) Credit One Bank, in the amount of $800; 2) Capital One, in the amount of $850; 3) Syncb/JC Penny, in the amount of $700; 4) First Franklin Financial, in the amount of $939; and 5) Capital One, in the amount of $1,000. Mr. Rublowitz informed the U.S. Probation Officer he thought the condition was no longer in affect since restitution was being collected. In addition, he explained that he began to experience hardship which resulted in opening the new accounts. The Probation Officer instructed Mr. Rublowitz to discontinue the use of the new lines of credit immediately and to pay off all remaining balances.

This report and recommendation is courtesy of the U.S. Probation Office, District of South Carolina where Mr. Rublowitz is being actively supervised.

Prob 12B – page 2
Matthew Rublowitz

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: *Eric Dethloff*
    ERIC DETHLOFF
    Supervising U.S. Probation Officer

/ so

APPROVED:

*Sharon O'Brien*   October 26, 2022
SHARON O'BRIEN        Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

_____
Signature of Judicial Officer

January 25, 2023
_____
Date